UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF KENTUCKY
AT PADUCAH

'11 SEP 13 P3:01

UNITED STATES OF AMERICA

vs.

INDICTMENT

FILED
US DISTRICT COURT CLE...
WESTERN DIST. KENTUCKY

NO. 5:11CR30-R

21 U.S.C. § 841(a)(1)
21 U.S.C. § 841(b)(1)(B)
21 U.S.C. § 841(b)(1)(C)
21 U.S.C. § 853

**MARCUS PROCTOR**

The Grand Jury charges:

### COUNT 1

On or about January 29, 2010, in the Western District of Kentucky, McCracken County, Kentucky, **MARCUS PROCTOR,** the defendant herein, knowingly and intentionally possessed with the intent to distribute, and distributed, a mixture or substance containing cocaine base, commonly known as "crack," a Schedule II controlled substance, as defined by 21 U.S.C. § 812.

In violation of Title 21, United States Code, Sections 841(a)(1) and 841(b)(1)(C).

The Grand Jury further charges:

### COUNT 2

On or about February 2, 2010, in the Western District of Kentucky, McCracken County, Kentucky, **MARCUS PROCTOR,** the defendant herein, knowingly and intentionally possessed with the intent to distribute, and distributed, a mixture or substance containing cocaine base, commonly known as "crack," a Schedule II controlled substance, as defined by 21 U.S.C. § 812.

In violation of Title 21, United States Code, Sections 841(a)(1) and 841(b)(1)(C).

The Grand Jury further charges:

## COUNT 3

On or about March 12, 2010, in the Western District of Kentucky, McCracken County, Kentucky, **MARCUS PROCTOR**, the defendant herein, knowingly and intentionally possessed with the intent to distribute, and distributed, 28 grams or more of a mixture or substance containing cocaine base, commonly known as "crack," a Schedule II controlled substance, as defined by 21 U.S.C. § 812.

In violation of Title 21, United States Code, Sections 841(a)(1) and 841(b)(1)(B).

## NOTICE OF FORFEITURE

If convicted of any of the above crimes, the defendant, **MARCUS PROCTOR,** shall forfeit to the United States any property constituting or derived from any proceeds obtained, directly or indirectly, as a result of said crimes, and any property used or intended for use, in any manner or part, to commit or to facilitate the commission of said crimes.

Pursuant to Title 21, United States Code, Section 853.

A TRUE BILL

FOREPERSON

DAVID J. HALE
UNITED STATES ATTORNEY

DJH:jhb:110816

UNITED STATES OF AMERICA v. **MARCUS PROCTOR**

## PENALTIES

Counts 1-2:   NM 20 yrs./NM $1,000,000/both/NL 3 yrs. Supervised Release (each count)
(With prior conviction: NM 30 yrs./NM $2,000,000/both/NL 6 yrs. Supervised Release)

Count 3:   NL 5 yrs./NM 40 yrs./NM $5,000,000/both/NL 4 yrs. Supervised Release
(With prior conviction: NL 10 yrs./NM Life/NM $8,000,000/both/NL 8 yrs. Supervised Release)

Forfeiture

## NOTICE

**ANY PERSON CONVICTED OF AN OFFENSE AGAINST THE UNITED STATES SHALL BE SUBJECT TO SPECIAL ASSESSMENTS, FINES, RESTITUTION & COSTS.**

SPECIAL ASSESSMENTS

18 U.S.C. § 3013 requires that a special assessment shall be imposed for each count of a conviction of offenses committed after November 11, 1984, as follows:

   Misdemeanor:   $ 25 per count/individual      Felony:   $100 per count/individual
                  $125 per count/other                     $400 per count/other

FINES

In addition to any of the above assessments, you may also be sentenced to pay a fine. Such fine is due immediately unless the court issues an order requiring payment by a date certain or sets out an installment schedule. You shall provide the United States Attorney's Office with a current mailing address for the entire period that any part of the fine remains unpaid, or you may be held in contempt of court. 18 U.S.C. § 3571, 3572, 3611, 3612

**Failure to pay fine as ordered may subject you to the following:**

   1. **INTEREST** and **PENALTIES** as applicable by law according to last date of offense.

      For offenses occurring after December 12, 1987:

      No **INTEREST** will accrue on fines under $2,500.00.

      **INTEREST** will accrue according to the Federal Civil Post-Judgment Interest Rate in effect at the time of sentencing. This rate changes monthly. Interest accrues from the first business day following the two week period after the date a fine is imposed.

      **PENALTIES** of:

      10% of fine balance if payment more than 30 days late.

      15% of fine balance if payment more than 90 days late.

   2. Recordation of a **LIEN** shall have the same force and effect as a tax lien.

   3. Continuous **GARNISHMENT** may apply until your fine is paid.

   18 U.S.C. §§ 3612, 3613

If you **WILLFULLY** refuse to pay your fine, you shall be subject to an **ADDITIONAL FINE** of not more than the greater of $10,000 or twice the unpaid balance of the fine; or **IMPRISONMENT** for not more than 1 year or both. 18 U.S.C. § 3615

## RESTITUTION

If you are convicted of an offense under Title 18, U.S.C., or under certain air piracy offenses, you may also be ordered to make restitution to any victim of the offense, in addition to, or in lieu of any other penalty authorized by law. 18 U.S.C. § 3663

## APPEAL

If you appeal your conviction and the sentence to pay your fine is stayed pending appeal, the court shall require:

1. That you deposit the entire fine amount (or the amount due under an installment schedule during the time of your appeal) in an escrow account with the U.S. District Court Clerk, or

2. Give bond for payment thereof.

18 U.S.C. § 3572(g)

## PAYMENTS

If you are ordered to make payments to the U.S. District Court Clerk's Office, certified checks or money orders should be made <u>payable to the Clerk, U.S. District Court</u> and delivered to the appropriate division office listed below:

| | |
|---|---|
| LOUISVILLE: | Clerk, U.S. District Court<br>106 Gene Snyder U.S. Courthouse<br>601 West Broadway<br>Louisville, KY 40202<br>502/625-3500 |
| BOWLING GREEN: | Clerk, U.S. District Court<br>120 Federal Building<br>241 East Main Street<br>Bowling Green, KY 42101<br>270/393-2500 |
| OWENSBORO: | Clerk, U.S. District Court<br>126 Federal Building<br>423 Frederica<br>Owensboro, KY 42301<br>270/689-4400 |
| PADUCAH: | Clerk, U.S. District Court<br>127 Federal Building<br>501 Broadway<br>Paducah, KY 42001<br>270/415-6400 |

If the court finds that you have the present ability to pay, an order may direct imprisonment until payment is made.

FORM DBD-34
JUN.85

No. 5:11CR30-R

# UNITED STATES DISTRICT COURT
Western District of Kentucky
Paducah Division

THE UNITED STATES OF AMERICA

vs.

MARCUS PROCTOR

## INDICTMENT
Title 21 U.S.C. §§ 841(a)(1); 841(b)(1)(C); 841(b)(1)(B):
Possession with the Intent to Distribute and Distribution of Cocaine Base.

*A true bill.*



*Foreman*

*Filed in open court this* 13th *day, of* September, A.D. 2011.

Bail, $

FILED
SEP 13 2011
VANESSA L. ARMSTRONG
BY_____ DEPUTY CLERK
Clerk